UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| HARRY MARTINEZ, | ) | |
| | ) | Civil File No. 10-5073 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MARK KIMBALL, THOMAS CONGER, | ) | |
| AND ROBERT ZILVERBERG, AS | ) | STIPULATION FOR DISMISSAL |
| MEMBERS AND/OR AGENTS OF THE | ) | |
| SOUTH DAKOTA STATE BRAND | ) | |
| BOARD AND INDIVIDUALLY; | ) | |
| SOUTH DAKOTA STATE BRAND | ) | |
| BOARD; AND JOHN DOES NOS. 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**IT IS HEREBY STIPULATED** and agreed by and between the parties by and through their attorneys of record that the above entitled action may be dismissed upon its merits, with prejudice, and without cost to any party, and that the Court may forthwith and without further notice to any of the parties, enter a Judgment of Dismissal consistent with this Stipulation.

DATED this 9th day of July, 2012.

MAY, ADAM, GERDES & THOMPSON LLP

BY: _____
ROBERT B. ANDERSON
Attorneys for Defendants

503 S. Pierre Street
PO Box 160
Pierre, SD 57501
(605) 224-8803

MORMAN LAW FIRM

BY: _____
MICHAEL STRAIN
Attorneys for Plaintiff
PO Box 729
Sturgis, SD 57785