UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| HARRY MARTINEZ, | ) | CIV. 10-5073-JLV |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT OF DISMISSAL |
| | ) | |
| MARK KIMBALL, THOMAS CONGER, AND ROBERT ZILVERBERG, AS MEMBERS AND/OR AGENTS OF THE SOUTH DAKOTA STATE BRAND BOARD AND INDIVIDUALLY; SOUTH DAKOTA STATE BRAND BOARD; AND JOHN DOES NOS. 1-10, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Pursuant to the parties' stipulation for dismissal (Docket 25), it is hereby

ORDERED, ADJUDGED, AND DECREED that this action is dismissed on its merits with prejudice and without costs to any party.

Dated July 12, 2012.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE